**No. 44995.**—Protests 975918–G, etc., of Dritz Traum Co. et al. (New York).

Opinion by OLIVER, P. J. It was stipulated that the merchandise consists of atomizers similar to those the subject of Abstract 44140. The claim at 60 percent under paragraph 218(f) was therefore sustained.